No. 226. WABASH RY. CO. *v.* JARRETT. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clifton P. Williamson* for petitioner. *Mr. Samuel Brenner* for respondent.

No. 230. FLYNN *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. T. F. Quinn* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Raymond S. Norris, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 232. McCORMICK ET AL. *v.* EAST COAST ENTERPRISES, INC. ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Winfield P. Jones* for petitioners. *Messrs. H. P. Adair* and *John P. Stokes* for respondents.

No. 233. GLIWA ET AL. *v.* U. S. STEEL CORP. ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. L. Pinkasiewicz* for petitioners. *Mr. Edwin W. Smith* for respondents.

No. 235. KENNEY *v.* NORTH CAPITOL SAVINGS BANK. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Francis W. Hill, Jr.,* for petitioner. *Messrs. Joseph A. Burkart* and *Henry I. Quinn* for respondent.